FILED IN CLERK'S OFFICE
J.S.D.C.-Atlanta

DEC 22 2004

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN ZONE BRANDS, INC.,<br><br>Plaintiff,<br>v.<br><br>DOLLAR GENERAL CORPORATION,<br>DOLGENCORP, INC.<br><br>Defendants. | CASE NO. 1:04-CV-3159 – RLV<br><br>JURY TRIAL DEMANDED |

## DISMISSAL WITH PREJUDICE

Plaintiff, In Zone Brands, Inc. (hereinafter "Plaintiff"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby voluntarily dismisses, with prejudice, Plaintiff's Complaint against Defendants, Dollar General Corporation and Dolgencorp, Inc., in the above-captioned action. Each party shall bear its own costs and attorneys' fees.

Entered as dismissed pursuant to
Rule 41(a)(l)(ii), F.R.C.P.

Luther D. Thomas, Clerk

By: _____
Deputy Clerk

Respectfully submitted,

This 22nd day of December, 2004.

By: *Fredric Chaiken by SRK* *with express perm*
Fredric Chaiken
Georgia State Bar No. 118625
CHAIKEN KLORFEIN, L.L.C.
7000 Peachtree Dunwoody Rd.
Bldg. 9, Suite 300
Atlanta, Ga. 30328
(770) 668-5454      Telephone
(770) 668-1677      Facsimile

**ATTORNEY FOR PLAINTIFF,
IN ZONE BRANDS, INC.**

**OF COUNSEL:**
John C. Cain
Texas State Bar No. 00783778
WONG, CABELLO, LUTSCH,
   RUTHERFORD &
   BRUCCULERI, LLP
20333 SH 249, Suite 600
Houston, TX 77070
(832) 446-2400      Telephone
(832) 446-2424      Facsimile